IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00452-GPG
(**The above civil action number must appear on all future papers
   sent to the court in this action.   Failure to include this number
   may result in a delay in the consideration of your claims.**)

JORDAN PRIMM,

      Applicant,

v.

DANA SWEENY, Englewood Adult Parole Division,
MAT WALZ, Englewood Adult Parole Divisions,

      Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant is in the custody of the Colorado Department of Corrections and is

detained at the Denver Van Cise-Simonet Detention Center.   He initiated this action by

filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

Pursuant to review under D.C.COLO.LCivR 8.1(b), the Court has determined that the

submitted document is deficient as described in this order.   Applicant will be directed to

cure the following if he wishes to pursue his claims.   Any papers that Applicant files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx      is not submitted
(2)  ____    is missing affidavit
(3)  ____    is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing
(4)  xx      is missing certificate showing current balance in prison account
(5)  ____    is missing required financial information
(6)  ____    is missing authorization to calculate and disburse filing fee payments
(7)  ____    is missing an original signature by the prisoner

(8) ___     is not on proper form (must use the court's current form)
(9) ___     names in caption do not match names in caption of complaint, petition or habeas application
(10) xx     other: Applicant may pay the $5.00 filing fee instead of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11) ___     is not submitted
(12) ___     is not on proper form
(13) ___     is missing an original signature by the prisoner
(14) ___     is missing page nos. ___
(15) ___     uses et al. instead of listing all parties in caption
(16) ___     names in caption do not match names in text
(17) ___     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___     other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Applicant files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that the Clerk of the Court shall mail to Applicant a copy of the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus.   Applicant shall use the form in curing the deficiencies, or pay the $5.00 filing fee.   It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED February 25, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge